FILED
2006 SEP -6 PM 2:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACOBS,<br><br>                                 Plaintiff,<br>vs.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br>Immigration and Customs Enforcement,<br><br>                                Defendant. | CASE NO. 05CV821-H (NLS)<br><br>**ORDER RE EXPERT WITNESS DEPOSITION** |

On September 6, 2006, the Court held a telephonic status conference. Thomas Tosdal appeared for Plaintiff and Beth Clukey, Assistant U.S. Attorney, appeared for Defendant. As discussed at the hearing, the Court **GRANTS** the parties' joint request for extension of time for Plaintiff to take the deposition of Defendant's expert orthopedic surgeon. Plaintiff shall take the deposition by November 1, 2006. The Court permits the deposition to go forward in Tarzana, California. The government shall reimburse Plaintiff's counsel at the rate of $300 per hour for travel time from his office to the deposition, as determined by Mapquest, without prejudice to Defendant

////
////
////
////

1 | obtaining an expert in the San Diego area. Plaintiff shall pay the expert's regular
2 | hourly deposition rate, but Plaintiff may seek review of the expert's rate by the
3 | Magistrate Judge.
4 |     IT IS SO ORDERED.
5 | DATED: 9/6/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

24 | **COPIES TO:**
Thomas Lee Tosdal
25 | Tosdal Smith Steiner and Wax
600 B Street, Suite 2100
26 | San Diego, CA 92101-4508

27 | US Attorney's Office, Civil Division
Southern District of California
28 | 880 Front Street, Suite 6253
San Diego, CA 92101