| | |
|---|---|
| 1 | For the Plaintiff: |
| 2 | THOMAS L. TOSDAL |
| | Tosdal, Smith, Steiner & Wax |
| 3 | 600 B Street, Suite 2100 |
| | San Diego, CA   92101-4508 |
| 4 | |
| | For the Defendant: |
| 5 | |
| | CAROL C. LAM |
| 6 | United States Attorney |
| | Southern District of California |
| 7 | TIMOTHY C. STUTLER |
| | Assistant U.S. Attorney |
| 8 | California State Bar No. 131794 |
| | BETH A. CLUKEY |
| 9 | California State Bar No. 228116 |
| | 880 Front Street, Room 6293 |
| 10 | San Diego, California  92101-8893 |
| | Telephone:  (619) 557-7184 |

FILED

2006 SEP -6 PM 2:50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY\_\_\_RM_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE JACOBS, | ) | No. 05cv0821-H (NLS) |
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL CHERTHOFF, Secretary, | ) | STIPULATION TO EXTEND EXPERT WITNESS DISCOVERY AND PRETRIAL DEADLINES AND ORDER THEREON |
| Department of Homeland Security, Immigration and Customs Enforcement, | ) | |
| Defendant. | ) | Honorable Marilyn L. Huff |

The parties, by and through their respective counsel, hereby stipulate as follows:

1. Currently pending is Defendant's Motion for Summary Judgment, filed on August 18, 2006, with a hearing date of September 18, 2006. The parties are in the process of briefing Defendant's motion, which addresses all four Counts of Plaintiff's Complaint.

2. Pursuant to the Court's Scheduling Orders, expert witness discovery is to be completed by September 1, 2006, each party's Memorandum of Contentions of Fact and Law and Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures are to be filed by October 10,



1  2006, the parties' Local Rule 16.1(f)(5) meet and confer is to occur by October 16, 2006, the
2  Final Pretrial Order is to be filed by October 23, 2006, and the Pretrial Conference is scheduled
3  for October 30, 2006, at 10:30 a.m.

4      3.    The parties request that the dates set forth in Paragraph 2 above be suspended
5  pending the Court's disposition of Defendant's motion.

6      4.    In the alternative, the parties request that the deadlines be continued. With respect
7  to the deadline for the completion of expert witness discovery, the parties state they have worked
8  diligently towards completion of expert witness discovery. Defendant has taken the depositions
9  of Plaintiff's expert witnesses. The parties are in the process of completing expert witness
10 discovery with respect to Defendant's expert witness. A dispute has arisen regarding the
11 conditions of a medical examination of Plaintiff pursuant to Federal Rule of Civil Procedure 35,
12 which will necessitate the filing of a motion to compel before Magistrate Judge Stormes,
13 requiring a twenty-eight day briefing schedule. Thus, the parties request an additional sixty days,
14 to **November 1, 2006**, by which to complete expert witness discovery.

15     5.    As for the scheduled pretrial deadlines, Plaintiff's counsel will be starting a trial
16 on September 28, 2006, which is expected to last 3-4 weeks. Given this trial schedule,
17 Plaintiff's counsel will not be able to properly prepare pretrial filings, and requests that the
18 pretrial deadlines be continued ninety days, so that Plaintiff is properly prepared for trial.
19 Defendant does not oppose this request. Thus, proposed pretrial deadlines are as follows: each
20 party's Memorandum of Contentions of Fact and Law and Federal Rule of Civil Procedure
21 26(a)(3) pretrial disclosures are to be filed by **January 10, 2006,** the parties' Local Rule
22 16.1(f)(5) meet and confer is to occur by **January 16, 2006**, the Final Pretrial Order is to be filed
23 by **January 22, 2006**, and the Pretrial Conference is to be scheduled for ~~January 29,~~ Feb. 5 2006, at
24 **10:30 a.m.**

25 ///
26 ///
27 ///
28 ///

```
 1
 2                                        TOSDAL, SMITH, STEINER & WAX
 3
 4   DATED: 8-31-06                        /s/ Thomas Tosdal
 5                                        THOMAS TOSDAL
                                          Attorney for Plaintiff Lee Jacobs
 6   DATED: 8/29/06
                                          CAROL C. LAM
 7                                        United States Attorney
 8
                                          /s/
 9                                        BETH A. CLUKEY
                                          TIMOTHY C. STUTLER
10                                        Assistant U.S. Attorneys
                                          Attorneys for Defendant Michael Cherthoff
11
```

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT: (a) the expert witness and pretrial deadlines be suspended pending the Court's ruling regarding Defendant's pending Motion for Summary Judgment. Alternatively, (a) expert witness discovery is to be completed by **November 1, 2006**; (b) each party's Memorandum of Contentions of Fact and Law and Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures are to be filed by **January 10, 2006**; (c) the parties' Local Rule 16.1(f)(5) meet and confer is to occur by **January 16, 2006**; (d) the Final Pretrial Order is to be filed by **January 22, 2006**, and, (e) the Pretrial Conference is scheduled for ~~January 29, 2006~~ Feb. 5, 2006, at 10:30 a.m.

Dated: 9/6/06

U.S. District Court Judge Marilyn L. Huff

3

04cv0459