

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACOBS,<br><br>                    Plaintiff,<br>     vs.<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, Immigration and Customs Enforcement,<br><br>                    Defendant. | CASE NO. 05CV0821-H (NLS)<br>**SCHEDULING ORDER** |

On September 6, 2006, the Court held a telephonic status conference. Thomas Tosdal appeared for Plaintiff and Beth Clukey, Assistant U.S. Attorney, appeared for Defendant. As set forth at the status hearing, the Court sets the following dates:

1. On **April 9, 2007 at 10:30 a.m.**, the Court will hold a hearing on any motions in limine submitted by the parties. Motions in limine should be filed no later than **March 12, 2007**, with oppositions due by **March 26, 2007**, and any reply filed by **April 2, 2007**.

2. The Court will hold a status conference on **April 16, 2007 at 10:30 a.m.**

3. Each party shall submit proposed jury instructions by **10:30 a.m. on April 16, 2007**.

4. In addition to the exhibit lists the parties are required by Civil Local Rule 16.1(f)(2) to include in their memoranda of contentions of fact and law,

each party shall submit a final list of exhibits by **10:30 a.m. on April 16, 2007**. The parties shall mark their exhibits and submit their exhibit lists along with their witness lists, to the Court in conformity with the Local Civil Rules. If any exhibits require a court order for admission through security to the Courthouse, the parties should notify the Court to obtain permission for entry prior to the date of trial.

5. The Court sets a trial date for **April 17, 2007 at 9:00 a.m. in Courtroom 13**. The Court reserves the right to impose a reasonable time limit for trial, which would apply to all aspects of trial including, but not limited to, opening and closing statements, jury instructions, and both direct and cross-examination of witnesses, subject to exception for good cause shown.

IT IS SO ORDERED.

DATED: 9/7/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**
Thomas Lee Tosdal
Tosdal Smith Steiner and Wax
600 B Street, Suite 2100
San Diego, CA 92101-4508

US Attorney's Office, Civil Division
Southern District of California
880 Front Street, Suite 6253
San Diego, CA 92101